### DEVINE v. SANFORD, Warden.
### No. 9145.

Circuit Court of Appeals, Fifth Circuit.
Oct. 31, 1939.

Louis S. Devine, in pro. per.

Lawrence S. Camp, U. S. Atty., and James T. Manning, Harvey H. Tisinger,

and J. Ellis Mundy, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

In the trial before the District Judge the testimony of the applicant for the writ of habeas corpus was contradicted throughout by witnesses for the respondent. In believing the latter, the District Judge committed no reversible error.

Affirmed.